**MINUTE ENTRY**
**KNOWLES, M.J.**
**SEPTEMBER 25, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SEAN C. COOPER**        **CIVIL ACTION**

**VERSUS**        **NO. 12-2934**

**GEORGE BOLTON, ET AL.**        **SECTION "N" (3)**

On this date, the Motion to Quash Subpoena on Behalf of Fowler Rodriguez [Doc. #61] came on for oral hearing before the undersigned. Present were Kearney Loughlin on behalf of plaintiff, Daniel Carr on behalf of defendant Westend Capital Management, L.L.C. ("Westend") and Mat Gray on behalf of movant Fowler Rodriguez Valdes-Fauli. For the reasons stated on the record,

**IT IS ORDERED** that the Motion to Quash Subpoena on Behalf of Fowler Rodriguez [Doc. #61] is GRANTED IN PART. Movant shall produce the disputed documents to defendant Westend **no later than five (5) days from the date of this Minute Entry**. Westend shall review the documents for privilege and, **no later than five (5) days from the date of production**, shall deliver non-privileged documents and, should circumstances so warrant, a privilege log to plaintiff. At the same time and should Westend withhold documents on the ground of privilege, it shall deliver said documents to the Court for *in camera* review.

MJSTAR(00:11)

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**