UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN C. COOPER | CIVIL ACTION |
| VERSUS | NO. 12-2934 |
| GEORGE BOLTON, WESTEND CAPITAL MANAGEMENT, LLC, CHRISTEN HARDY and CONSTELLATION INVESTMENT CONSULTING CORPORATION | SECTION "N" (3) |

### ORDER AND REASONS

Presently before the Court is a "Motion to Dismiss with Prejudice Amended Complaint as to Defendant Constellation Investment Consulting Corporation" (Rec. Doc. 66). Having considered the parties' submissions, **IT IS ORDERED** that the motion is **GRANTED**. Accordingly, **IT IS FURTHER ORDERED** that the claims filed by Plaintiff, Sean C. Cooper, against Constellation Investment Consulting Corporation are **DISMISSED WITH PREJUDICE**. Although Plaintiff asks that his claims against Constellation merely be dismissed *without* prejudice, it has been almost four months since the Court previously dismissed Plaintiff's claims without prejudice to his right to file an amending and superseding complaint. See August 26, 2013 Order and Reasons (Rec. Doc. 59). During that time period, Plaintiff has not sought to file the necessary amendment. Given that, the Court declines to again order dismissal without prejudice.

New Orleans, Louisiana, this 20th day of December 2013.

**KURT D. ENGELHARDT**
**United States District Judge**