UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN C. COOPER and<br>KRISTA COOPER | CIVIL ACTION |
| VERSUS | NO. 12-2934 |
| GEORGE BOLTON,<br>WEST END CAPITAL MANAGEMENT, LLC,<br>CHRISTEN HARDY and CONSTELLATION<br>INVESTMENT CONSULTING CORPORATION | SECTION "N" (3) |

## ORDER AND REASONS

Presently before the Court is Plaintiffs' "Motion to Consolidate" (Rec. Doc. 140), which seeks to consolidate the instant matter with Civil Action 12-2572. Given that an arbitration proceeding has been completed, and final judgment rendered, in Civil Action 12-2572, and Defendants oppose the motion, **IT IS ORDERED** that the motion to consolidate is **DENIED**.

New Orleans, Louisiana, this 23rd day of November 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**